IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA



FILED

JUL 2 9 2013

ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, ) | |
| MARK B. CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIV-07-51-M |
| vs. ) | |
| ) | *FILED IN CAMERA* |
| WYETH PHARMACEUTICALS, INC., ) | *AND UNDER SEAL* |
| ) | (31 U.S.C.A §3730(b)(2)) |
| Defendant. ) | |

### UNITED STATES' NOTICE OF ELECTION

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States hereby notifies the Court of its decision to intervene in this action for settlement purposes.

Respectfully submitted,

STUART DELERY
Acting Assistant Attorney General

SANFORD C. COATS
United States Attorney

Dated: 7/29/13      _____
H. LEE SCHMIDT, OBA# 7968
Assistant United States Attorney 210 Park Avenue
Suite 410
Oklahoma City, Oklahoma 73102
Phone: (405) 553-8745
Fax: (405) 553-8885
Lee.Schmidt@usdoj.gov

Dated: 7/29/13      _____
MICHAEL D. GRANSTON
JAMIE ANN YAVELBERG
BRIAN J. McCABE
Attorneys, Civil Division
U.S. Department of Justice Commercial
Litigation Branch 601 D Street, N.W.
Washington, D.C. 20004
Phone: (202) 616-4875
Fax: (202) 514-0280
Brian.McCabe@usdoj.gov