IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*,<br>MARK B. CAMPBELL,<br><br>    Plaintiff,<br><br>v.<br><br>WYETH, INC.,<br><br>    Defendant. | Case No. CIV-07-51-M<br>***FILED IN CAMERA<br>AND UNDER SEAL***<br>(31 U.S.C. § 3730(b)(2)) |

**ORDER**

Before the Court is the government's Unopposed Motion to Partially Unseal, filed July 29, 2013. Upon review of the government's unopposed motion, and for good cause shown, the Court:

(1) GRANTS the government's Unopposed Motion to Partially Unseal [docket no. 105];

(2) ORDERS that the relator's Fourth Amended Complaint [docket no. 45], the government's Notice of Election [docket no. 104], and this Order shall be unsealed effective Tuesday, July 30, 2013 at 10:30 a.m.;

(3) ORDERS that all other filings and orders previously filed in this action shall remain under seal;

(4) ORDERS the seal lifted on all matters occurring in this action after the date of this Order; and

(5) DIRECTS the Clerk of Court to provide a copy of this Order to counsel for the government and counsel for relator.

**IT IS SO ORDERED this 30th day of July, 2013.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE